No. 02–321.  MACHIPONGO LAND & COAL CO., INC., ET AL. *v.* PENNSYLVANIA ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 02–328.  LIPKO *v.* CHRISTIE.  C. A. 2d Cir.  Certiorari denied.

No. 02–329.  MONTS *v.* BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE, DBA UNIVERSITY OF NEW ORLEANS, ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 02–333.  TCI MEDIA SERVICES, GREAT NORTHWEST REGION, ET AL. *v.* COLE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–334.  FALLO ET UX. *v.* PICCADILLY CAFETERIAS, INC. C. A. 5th Cir.  Certiorari denied.

No. 02–339.  UNANUE *v.* GOYA FOODS, INC.; and
No. 02–366.  UNANUE-CASAL, AKA UNANUE *v.* GOYA FOODS, INC.  C. A. 1st Cir.  Certiorari denied.  Reported below: 275 F. 3d 124.

No. 02–349.  ROWE *v.* CITY OF ELYRIA ET AL.  C. A. 6th Cir. Certiorari denied.

No. 02–350.  SALVADOR ET UX. *v.* LAKE GEORGE PARK COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–353.  CARRASCO *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 02–363.  BASSETT *v.* AMERICAN GENERAL FINANCE, INC. C. A. 9th Cir.  Certiorari denied.

No. 02–364.  TAUBER ET AL. *v.* VIRGINIA EX REL. KILGORE, ATTORNEY GENERAL OF VIRGINIA, ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 02–368.  SOOKDEO-RUIZ *v.* GCI GROUP.  C. A. 2d Cir. Certiorari denied.

No. 02–379.  ROSS *v.* FORD ET AL.  C. A. 11th Cir.  Certiorari denied.